IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| JOHN MORGAN MEEKS, | ) | CV 04-178-M-LBE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| EMPLOYEE, JOHN SMITH, MISSOULA | ) | |
| COUNTY DEPUTIES, and SGT. JACOBSON, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Meeks filed a motion to proceed *in forma pauperis* on September 8, 2004, but has failed, despite numerous warnings, to file a certified copy of his jail or prison trust account statement as required by 28 U.S.C. § 1915. Given that the Plaintiff has not filed the information needed to evaluate his request to proceed *in forma pauperis*, United States Magistrate Judge Leif B. Erickson entered Findings and Recommendation concluding that the motion be denied. Judge Erickson further recommended that the case be dismissed unless the Plaintiff pays the filing fee by October 14, 2005. There being no clear error

with those recommendations, they are adopted in full.

Accordingly, IT IS HEREBY ORDERED that the Plaintiff's motion to proceed *in forma pauperis* (dkt #2) is DENIED. The Plaintiff having failed to pay the filing fee, IT IS FURTHER ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

DATED this 23rd day of May, 2006.

Donald W. Molloy, Chief Judge
United States District Court